1

1    TAPE RECORDED TRANSCRIPT OF A TELEPHONE CONVERSATION

2    WITH ROXZANA SANTACRUZ AND AN UNIDENTIFIED SPEAKER

3                        ****                ORIGINAL

4              UNIDENTIFIED SPEAKER:  Hello.

5              ROXZANA SANTACRUZ:  Hello.

6              UNIDENTIFIED SPEAKER:  How can I help

7    you?

8              ROXZANA SANTACRUZ:  I had just

9    received your call right now from the message

10   (inaudible).  This is Roxzana Santacruz.

11             UNIDENTIFIED SPEAKER:  Okay.  What can

12   I do for you?

13             ROXZANA SANTACRUZ:  What I was talking

14   to Rochelle about is -- because I'm concerned -- my

15   main concern is my credit report, how I -- like,

16   this is an account that I'm disputing.  And -- I

17   mean, I asked her, I'm like, if they have even

18   marked this.  She said, no.  It's like nobody's

19   listening that this is not my account.

20             And what -- like I said, my main

21   concern is like my credit report, because now --

22             UNIDENTIFIED SPEAKER:  What's your

23   social, so I can pull up your file?

24             ROXZANA SANTACRUZ:  The last four,

25   1893.

1    UNIDENTIFIED SPEAKER:  Because that's

2    where this bill went to.  So if you want to try me

3    in court, I'm more than willing to go to court on

4    this.  I have no problem with that.

5    ROXZANA SANTACRUZ:  Are you

6    threatening me, to take me to court?

7    UNIDENTIFIED SPEAKER:  I'm not

8    threatening you.  I'm making you a promise.  I'm

9    going to file a lawsuit against you here real soon.

10    ROXZANA SANTACRUZ:  Okay.  And that --

11    how is that going to effect me?  How is that going

12    to effect me, if that's not even my account?

13    UNIDENTIFIED SPEAKER:  Okay.  Because

14    right now, with the affidavits from the bank that I

15    have stating this is your account, it's your job to

16    prove it's not you.  Okay?  It's my job to prove it

17    is.

18    And I've probably lost maybe less than

19    1 percent.  And I'm sitting on over about $85 milion

20    of debt in my office, and I've written off maybe 1

21    percent.

22    ROXZANA SANTACRUZ:  And okay.  And

23    you -- you don't have to be so cocky about it, just

24    because, I mean --

25    UNIDENTIFIED SPEAKER:  I'm not cocky

1    contacting you as well, letting you know that this

2    is on your credit report and that I'm going to file

3    a lawsuit against you.

4              ROXZANA SANTACRUZ:  And how long is

5    this going to be on my credit report?

6              UNIDENTIFIED SPEAKER:  For the next

7    seven years.

8              ROXZANA SANTACRUZ:  Next seven years

9.   starting when?

10             UNIDENTIFIED SPEAKER:  Starting as

11   soon as I get my judgment, which will be -- as soon

12   as I file my lawsuit, once I get the judgment date,

13   and then I run your credit -- I run your social

14   (inaudible) -- and I start garnishing your wages for

15   25 percent.  And once it's paid, from that date that

16   it's paid, seven years from that date.

17             ROXZANA SANTACRUZ:  And when -- when

18   am I going to even be able to go to court for this?

19             UNIDENTIFIED SPEAKER:  I'm going to

20   get you set up, just give me one minute.  I'm going

21   to get you all set up.

22             ROXZANA SANTACRUZ:  So -- so it will

23   be starting from that date.  And why is this -- even

24   if it's fraud, you're not getting that simple point?

25             UNIDENTIFIED SPEAKER:  It's not going