**AGREN BLANDO COURT REPORTING & VIDEO INC**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 cv 00623-CMA-CBS
_____

DEPOSITION OF JAMES STANDLEY     October 20, 2010
_____

ROXZANA SANTACRUZ,

Plaintiff,

vs.

STANDLEY AND ASSOCIATES, LLC, and GTF SERVICES, LLC,

Defendants.

_____

APPEARANCES:

    WYNKOOP & THOMAS, P.C.
        By Richard Wynkoop, Esq.
           4410 Yates Street
           Denver, Colorado 80212
             Appearing on behalf of Plaintiff.

    LAW OFFICES OF DAVID C. JAPHA
        By David C. Japha, Esq.
           950 South Cherry Street
           Suite 1000
           Denver, Colorado 80246
             Appearing on behalf of Defendants.

**AGREN BLANDO COURT REPORTING & VIDEO INC**

40

```
 1      Q    And you effected service on Ms. Santacruz
 2   a couple of hours after you were served?
 3      A    Again, I don't recall.  The two have
 4   nothing to do with each other, as far as I am
 5   concerned.
 6      Q    It was a coincidence that both lawsuits
 7   were served on the same day?
 8      A    Yes.
 9      Q    Brian Quintana told Ms. Santacruz that he
10   was going to serve her, correct, with a lawsuit?
11      A    I don't recall specifically.  If that's
12   what she said the tape says, in all likelihood it
13   could have.  I have to find out when the date was.
14      Q    I am going to be asking you about some of
15   these conversations.
16           Would you like to go off the record and
17   listen to the tape at this time?
18      A    That's fine.
19           (Whereupon, the tape was played.)
20           MR. WYNKOOP:  Mr. Standley heard portions
21   of the tape.
22      Q    (BY MR. WYNKOOP)  Does that refresh your
23   recollection on what occurred?
24      A    Yes.
25      Q    Mr. Quintana, he is not an attorney, you
```

**Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying**
**Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306**

Exhibit 2

**AGREN BLANDO COURT REPORTING & VIDEO INC**

41

```
 1   testified earlier; right?
 2        A     I don't recall if I testified to that
 3   earlier, but he is not.
 4        Q     So he can't bring a lawsuit; right?
 5        A     No.  He can just recommend to me that I
 6   file a lawsuit.
 7        Q     Did he recommend to you to file a
 8   lawsuit?
 9        A     At that time, yes.
10        Q     That was on 1/25?
11        A     I think it was more like in March.
12        Q     3/4?
13        A     I don't know exactly when we had the
14   information regarding her employment, or had or got,
15   obtained.
16        Q     I refer you to Depo Exhibits 2 and 3.
17              Exhibit 2, it's a letter from Roxzana
18   Santacruz to your office; correct?
19        A     That's correct.
20        Q     Okay.  Dated February 5, 2010?
21        A     That is the date on it, yes.
22        Q     And she asks for a complete validation of
23   this debt?
24        A     She did.
25        Q     Then Exhibit 3 --
```

**AGREN BLANDO COURT REPORTING & VIDEO INC**

75

```
 1      A     I will tell you that I have no idea, and
 2   I cannot answer that.  I do know that, under
 3   Colorado law, the judgment would be valid for six
 4   years.
 5      Q     The judgment but not the reporting of the
 6   judgment?
 7      A     I don't know.
 8      Q     Have you heard the phrase "re-aging a
 9   debt"?
10      A     I don't report to credit bureaus.
11      Q     But GTF does?
12      A     Yes.
13      Q     I would like to play you some more of the
14   tape.
15            (Whereupon, the tape was played.)
16      Q     (BY MR. WYNKOOP)  Let me ask you this.
17            Mr. Quintana said he had affidavits from
18   the bank.  I haven't received any affidavits from
19   the bank.
20      A     I don't believe we have any affidavits
21   from the bank.
22      Q     So that was incorrect?
23      A     Yes, if that's what he said.  I couldn't
24   hear, anyway.
25      Q     Let me back it up a little bit for you.
```

**Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying**
**Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306**

Exhibit 2

**AGREN BLANDO COURT REPORTING & VIDEO INC**

76

```
 1               (Whereupon, the tape was played.)
 2        Q      (BY MR. WYNKOOP)  There were no
 3   affidavits from the bank stating it's her account;
 4   right?
 5        A      No, there were not.
 6        Q      That was a lie?
 7        A      It was a mistake.
 8               (Whereupon, the tape was played.)
 9        Q      (BY MR. WYNKOOP)  Mr. Quintana said that
10   this will appear on her credit report for seven
11   years from the date he gets the judgment; correct?
12        A      That is what it sounded like.
13        Q      That's incorrect, isn't it?
14        A      Sounds incorrect to me, yes.
15               MR. WYNKOOP:  I don't think I have
16   anything further.
17               MR. JAPHA:  Nothing from me.
18               Nothing further from me, I should say.
19               (The deposition concluded at 4:26 p.m.,
20                October 20, 2010.)
21
22
23
24
25
```

**Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying**
**Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306**

Exhibit 2