**AGREN BLANDO COURT REPORTING & VIDEO INC**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 cv 00623-CMA-CBS
_____

DEPOSITION OF ANDREW GEFFEN      October 20, 2010
_____

ROXZANA SANTACRUZ,

Plaintiff,

vs.

STANDLEY AND ASSOCIATES, LLC, and GTF SERVICES, LLC,

Defendants.

_____

APPEARANCES:

    WYNKOOP & THOMAS, P.C.

        By Richard Wynkoop, Esq.

           4410 Yates Street

           Denver, Colorado 80212

              Appearing on behalf of Plaintiff.


    LAW OFFICES OF DAVID C. JAPHA

        By David C. Japha, Esq.

           950 South Cherry Street

           Suite 1000

           Denver, Colorado 80246

              Appearing on behalf of Defendants.

Exhibit 3

AGREN BLANDO COURT REPORTING & VIDEO INC

35

```
 1   here's a copy of one of your bills."
 2        Q    Okay.  So in terms of documentation you
 3   had from Credit One Bank, you had a bill?
 4        A    Statement.
 5        Q    Statement?
 6        A    Yes.
 7        Q    Okay.  Did you have any affidavits?
 8        A    No.
 9        Q    No affidavits from the bank?
10        A    No.
11        Q    Okay.
12        A    Just a bill from the bank.
13        Q    So if a collector were to say that they
14   had affidavits from the bank showing that it's
15   Ms. Santacruz's debt, that would be incorrect,
16   wouldn't it?
17        A    Depending on the account.  We do have
18   affidavits on some accounts, yes.
19        Q    But you didn't have an affidavit for
20   Ms. Santacruz's account, did you?
21        A    No, we had a statement.
22        Q    And that statement isn't an affidavit;
23   right?
24        A    I am not a lawyer, but to the best of my
25   knowledge, no.
```

Court Reporting  Videography  Digital Reporting  Transcription  Scanning  Copying
Denver (303) 296-0017  Boulder (303) 443-0433  Colorado Springs (719) 635-8328  Greeley (970) 356-3306

Exhibit 3