1

AUDIO FILE TRANSCRIPT OF A TELEPHONE CONVERSATION

WITH ROXZANA SANTACRUZ AND A PERSON IDENTIFYING

THEMSELVES AS ROCHELLE WILLIAMS

ORIGINAL

****

ROCHELLE WILLIAMS:  Rochelle Williams,
Law office of Standly and Associates.  How may I
help you.

ROXZANA SANTACRUZ:  Hi, Rochelle.  I
had spoke with you the other day.  I just called,
but they told me they were going to call me back,
because I need to get information regarding an
account.

ROCHELLE WILLIAMS:  Okay.  What's the
file number?

ROXZANA SANTACRUZ:  I wouldn't have
the file number.  My name is Roxzana Santacruz.

ROCHELLE WILLIAMS:  Okay.  Did -- what
number did I call you at?

ROXZANA SANTACRUZ:  My cell phone is
720-532-5644.

ROCHELLE WILLIAMS:  Okay.  How can I
help you, Roxzana?

ROXZANA SANTACRUZ:  I needed to get --
here, just a minute -- account number (inaudible).

ROCHELLE WILLIAMS:  It's 6905 -- oh,

1   care of this?

2          ROXZANA SANTACRUZ:  I'm actually

3   disputing that account, the complete account.  I had

4   already let you know.  And also -- who did I speak

5   with?  Mike, it was?

6          ROCHELLE WILLIAMS:  No, John Fachini.

7          ROXZANA SANTACRUZ:  It was, I think,

8   Michael Rivera.  Sorry about that.

9          ROCHELLE WILLIAMS:  Give me a second

10  here.  You talked to him a while back.

11         ROXZANA SANTACRUZ:  Yeah.  Just

12  earlier I had called in and let them know to see if

13  I can get off of the address and everything.  Or how

14  do I go about disputing the account?

15         ROCHELLE WILLIAMS:  Let me ask -- let

16  me ask you a question -- because your right to

17  dispute it are long gone, my dear.  Were you married

18  at this time?

19         ROXZANA SANTACRUZ:  Excuse me?

20         ROCHELLE WILLIAMS:  Were you married

21  at this time?

22         ROXZANA SANTACRUZ:  I actually was.

23         ROCHELLE WILLIAMS:  Oh, okay.

24         ROXZANA SANTACRUZ:  Is that -- and

25  why -- why is that -- why can't I dispute it?  Was