IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 CV 00623-CMA-CBS

ROXZANA SANTACRUZ

Plaintiff,

vs.

STANDLEY AND ASSOCIATES, LLC. and

GTF SERVICES. LLC

Defendants,

## AFFIDAVIT

Roxana Santacruz, being duly sworn, upon oath states as follows:

1. My name is Roxana Santacruz. I am the Plaintiff in this case. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated within this affidavit of my personal knowledge and are true and correct.

2. On January, 21 2010 I had conversations with Rochelle Williams and Brian Quintano.

3. Rochelle Williams and Brian Quintano work for Standley and Associates, LLC and were attempting to collect a debt on behalf of GTF Services, LLC who purportedly owned the debt.

4. I have reviewed Exhibit 1, and it is an accurate transcription of a conversation between Roxzana Santacruz and Brian Quintano that took place on January, 21 2010. Brian Quintano is the "UNIDENTIFIED SPEAKER" in Exhibit 1.

1

Exhibit 5

5. I have reviewed Exhibit 4 and it is an accurate transcription of a conversation between Roxzana Santacruz and Rochelle Williams that took place on January, 21 2010.

Further affiant sayeth not.

*Roxzana Santacruz*

SUBSCRIBED AND SWORN to before me, a Notary Public, this 30 day of November, 2010.

Phuong Huynh
Notary Public
State of Colorado
My Commission Expires October 31 2014

Notary Public
My commission expires: 10/31/2014

2

Exhibit 5