IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 CV 00623-CMA-CBS

ROXZANA SANTACRUZ

Plaintiff,

vs.

STANDLEY AND ASSOCIATES. LLC. and

GTF SERVICES. LLC

Defendants.

---

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO THE PLAINTIFF**

---

The Plaintiff, Roxanna SantaCruz, by and through counsel, responds to the above-referenced Interrogatories as follows:

## II. INTERROGATORIES

1. Identify each person making and assisting you with any of your Responses to these Interrogatories, including each such person's name, age, address, occupation, current title and position, and relationship to the plaintiff.

    ***Response to Interrogatory #1.*** *Richard Wynkoop and Susan Thomas, Wynkoop & Thomas, P.C., 4410 Yates St., Denver, CO 80212 as Plaintiff's counsel.*

2. State with particularity the first time that you found out about the debt at issue in this matter.

    ***Response to Interrogatory #2.*** *I found out about this account on or about January 25, 2010.*

3. Identify any and all individuals with whom you spoke about the debt at tissue in this matter prior to January 21, 2010.

   ***Response to Interrogatory #3.*** *I do not recall speaking about this debt prior to my conversations with Rachael Williams, Michael Rivera and Brian Quintana from Standley & Associates which I believe occurred on or about January 25, 2010 rather than January 21, 2010.*

4. Identify your present employer, including your job description and how long you have been employed with your present employer.

   ***Response to Interrogatory #4.*** *I work for Squaretwo Financial and asset management company. I am a bankruptcy clerk. I receive and close out bankruptcy accounts. I also handle credit bureau disputes by receiving dispute/verification letters, and verifying and deleting information where appropriate through e-oscar. I have been with my present employer for a year and three months.*

5. Identify your employer or employers for the past three calendar years, if different from above.

   ***Response to Interrogatory #5.*** *I have been with Squaretwo Financial for one year and three months. Before that time, I was a stay at home mom and lived in Mexico.*

6. Identify with particularity the statements, including the dates that any such statements may have been made by employees of Standley & Associates, LLC that support your allegation in 35 of the plaintiff's first amended complaint that the statements constitute false and misleading representations and means in violation of FDCPA 15 U.S.C. §1592 prefaces d, e, f, e 15 U.S.C. § 1692.

   ***Response to Interrogatory #6.***

   *The statements made Ms. Rachael Williams and Brian Quintana on or about January 25, 2010, in which they told me that I could not dispute the account were false and misleading representations made in violation of the Fair Debt Collection Practices Act.*

   *The statements made by Mr. Quintana that a lawsuit was imminent, even though it was not, was a false and misleading representation made in violation of the Fair Debt Collection Practices Act.*

7. Identify with particularity the statements, including the dates that any such statements may have been made by employees of Standley & Associates, LLC that support your allegation in 36 of the plaintiff's first amended complaint that certain statements were attempts to frighten, harass and abuse the Plaintiff.

   ***Response to Interrogatory #7.***

   *Mr. Quintana's statement, made on or about January 25, 2010, in which he asked 'where do you want to be served' as well as his promise to do so were threats made with the intent to intimidate, harass and abuse in violation of the Fair Debt Collection Practices Act.*

   *In addition, the Arapahoe County Court lawsuit, served at my place of work, was an attempt to retaliate against me, as well as intimidate, harass and abuse me, in response to my federal district court case which had been served upon them only hours before.*

8. Identify with particularity, including dates, the acts and omissions of employees or agents of Standley & Associates, LLC, which you believe were intended to intimidate, harass, humiliate and embarrass you.

   ***Response to Interrogatory #8.*** *I believe that Standley & Associates statements made on or about January 25, 2010 concerning 'whether I wanted to be served at my job or my home' and making a promise to file a lawsuit after I had disputed the information with them were acts intended to intimidate and harass me into paying a debt I do no owe.*

   *I also believe that Standley & Associates threat to re-report the account after I had it removed from my credit report to be intimidating and harassing.*

   *In addition, I was very embarrassed and humiliated when Standley & Associates served a complaint at my place of employment, in front of my co-workers on March 23, 2010. My co-workers questioned me and asked why I was being served. Standley & Associates and GTF Services did not even hold the account which they sued me upon, it had been repurchased by CreditOne.*

9. Identify with particularity, including dates, the acts and omissions of employees or agents of Standley & Associates, LLC which you believe were intended to cause you to suffer humiliation., irritation embarrassment and aggravation.

   ***Response to Interrogatory #9.*** *Please refer to my answers to Interrogatory #8.*

10. Identify with particularity all acts and or omissions of GTF Services, LLC, or any of its agents which you believe constitute any violations of the FDCPA.

*Response to Interrogatory #10.*

*GTF Services employed Standley & Associates to collect their debts. The employees of Standley & Associates, more specifically Rachelle Williams, Michael River and Brian Quintana, as well as James Standley, were acting within the scope of their employment and as agents of GTF Services when they violated the Fair Debt Collection Trade Practices Act which is the basis for this action.*

*The actions of the representatives and/or collectors of Standley & Associates are imputed to GTF Services through the doctrine of respondeat superior. In addition, Standley & Associates and GTF Services appear to be interrelated to the extent that their limited liability, independent status may be in question.*

11. Identify any individuals with whom you dealt directly who were agents of GTF Services, LLC other than employees or agents of Standley & Associates, LLC.

*Response to Interrogatory #11. I did not have contact with any agents to my knowledge that were not employees or agents of Standley & Associates, LLC.*

12. Identify the collection activities and communications of GTF Services, LLC, that you believe have caused you to sustain actual damages.

*Response to Interrogatory #12. Please refer to the response to Interrogatory #10.*

13. Identify with particularity the actual damages you believe you have sustained as a result of the acts and omissions and collection. activities of Standley & Associates LLC and GTF Services, LLC.

*Response to Interrogatory #13. I have incurred attorneys fees related to having to defend against a frivolous, retaliatory lawsuit in Arapahoe County Court. I have also suffered damages to my credit rating.*

*I suffered a significant amount of anxiety and distress related to my arguments with Standley & Associates and the threats they made. I was terrified that I was going to have my wages garnished for an account that was not mine.*

*The service of the lawsuit at my place of employment caused even more distressing and embarrassing. I suffered a loss of personal reputation because the service of the complaint implied that I was irresponsible and did not pay my bills.*

14. Please list and describe your educational background, beginning with identifying any high school and d ending with identifying any attendance at any institution beyond high school, whether formal college, university and/or trade school and/or specialized certified training in any field, and whether the plaintiff answering completed the full curriculum at the particular institution identified.

   ***Response to Interrogatory #14.*** *I attended Lincoln High School and Gateway High School.*

15. For each institution identified in Interrogatory 14., please identify the name of each institution, the address and dates of attendance, including all institutions attended, regardless of whether the plaintiff 'attained graduation.

   ***Response to Interrogatory #15.***

   *Lincoln High School, 2285 South Federal Boulevard, Denver, CO 80219-5400 during 2001*

   *Gateway High School, 1300 South Sable Boulevard, Aurora, CO 80012-4698 during 2002*

16. Identify all documents you have relied upon to answer these interrogatories.

   ***Response to Interrogatory #16.*** *I have relied on my previous correspondence as well as credit reports previously disclosed in the Plaintiff's First Supplemental Disclosures. I am also relying on the copies of the Arapahoe County Court lawsuit previously disclosed in the Plaintiff's Initial Disclosures.*

17. Identify each and every person with whom you have communicated in any manner, including, but not limited to, email communications, blogging, chat rooms, and through any electronic social networking site, such as, without limitation, Facebook or Linkedin about the debt at issue in this case or aspects of it.

   ***Response to Interrogatory #17.*** *Aside from the previously disclosed communications disputing the debt on the basis of fraud, I have had no communication concerning the debt at issue with any person concerning this case or aspects of it with the exception of the privileged communications I have had with my legal counsel.*

18. For each person identified in Interrogatory 17. identify each time you communicated with that person, the manner of the communication and the subject matter of the communication.

*Response to Interrogatory #18. I have had no communication concerning the debt at issue with any person concerning this case or aspects of it with the exception of the privileged communications I have had with my legal counsel.*

19. Have you ever accompanied either your own children, if you have any, or nieces and nephews to Cool Cuts for Kids?

    *Response to Interrogatory #19. I have never been to Cool Cuts for Kids.*

20. Identify all visits to physicians, psychologists or psychiatrists that you made during the calendar year of 2009.

    *Response to Interrogatory #20. I visited Alpine Family Practice three times during 2009. I do not remember the dates.*

21. For each such visit identified in paragraph 20, identify the name of the doctor or clinic visited and the purpose of such visit.

    *Response to Interrogatory #21.* My treating physician at Alpine Family Practice during 2009 was Dr. Deana Litchfield. *The purpose my visits was for follow-up examinations after I had complications with a cyst.*

22. Identify how many times prior to February 18, 2010 you visited the Alpine Family medical clinic and the purpose for each such visit.

    *Response to Interrogatory #22.*

    *Please refer to my responses to Interrogatories 20 and 21.*

23. State with particularity what you believe the connection is between the anxiety issues identified in the medical records provided with your supplemental disclosures and the issues raised in this matter.

    *Response to Interrogatory #23. I believe that this matter has caused a lot of stress, embarrassment and humiliation which has also led to depression, hair loss and insomnia. I am now on constant mediation for anxiety and depression, Effexor and Klonopan for insomnia. I never had any of these types of issues until now. I am afraid that my hair is going to fall out and that my employer thinks that I am an irresponsible person. The stress, anxiety and depression has caused frequent panic attacks and irritation. My frequent irateness has caused marital issues as well.*

## VERIFICATION

I, Roxzana Santacruz, hereby state under penalty of perjury that the facts and information contained in the above Responses are true and correct to the best of my knowledge and belief.

Roxzana Santacruz

Approved as to form this 3 day of September, 2010.

*s/ Richard Wynkoop*
Richard Wynkoop
ATTORNEY(S) FOR PLAINTIFF