IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00623-CMA-CBS

ROXZANA SANTACRUZ,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC, and
GTF SERVICES, LLC,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED March 28, 2011.

BY THE COURT:

_Christine M. Arguello_
_____
Christine M. Arguello
United States District Judge