**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00623-CMA-CBS

ROXZANA SANTACRUZ,

      Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC, and
GTF SERVICES, LLC,

      Defendants.

---

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS
FOR LEAVE TO FILE ADVERSARY SUBMISSIONS TO PLAINTIFF'S MOTION FOR
ATTORNEY FEES**

---

This matter is before the Court on Defendants' Motions for Leave to Oppose
Attorney Fee Motion and to Order Plaintiff to Provide Fee Agreement.  (Doc. ## 62, 71.)
Defendants request that they be given until May 10, 2011 to file adversary submissions
in response to Plaintiff's Motion for Attorney Fees (Doc. # 61).  Federal Rule of Civil
Procedure 54(d)(2)(c) provides that "the court must, on a party's request, give
an opportunity for adversary submissions" on a motion for attorneys fees.
D.C.COLO.LCivR 83.4 provides that a "party shall have 20 days" to respond to a
motion.  Accordingly, Plaintiff's request to file adversary objections by May 10, 2011
is GRANTED.

Defendants also request that this Court order Plaintiff to disclose the terms of any
fee agreement she may have with her counsel pursuant to Federal Rule of Civil

Procedure 54(d)(2)(B)(iv).  This Court will not require Plaintiff to submit her fee agreement because the Court concludes that any such agreement would have no impact on its determination of whether the fees claimed were reasonable.  *See Valley View Angus Ranch, Inc. V. Duke Energy Field Servs.*, No. CIV-04-191-D, 2009 WL 2778912, at *10 (W.D. Okla. 2009) (declining to order disclosure of contingency fee agreement because it would "not impact its decision"); *see also Blanchard v. Bergeron*, 489 U.S. 87, 93 (1989) (holding that a contingency fee contract does not impose a ceiling on an award of attorney's fees).  Accordingly, Defendant's request that Plaintiff disclose her fee agreement is DENIED.

DATED:  May   09  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2