**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00623-CMA-CBS

ROXZANA SANTACRUZ,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC, and
GTF SERVICES, LLC,

    Defendants.

---

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS'
MOTIONS FOR LEAVE TO FILE ADVERSARY SUBMISSIONS TO PLAINTIFF'S
MOTION FOR ATTORNEY FEES**

---

This Court's Order Granting In Part and Denying In Part Defendants' Motion for Leave To File Adversary Submissions (Doc. # 74) is **amended** as follows:

Defendants' Request for Adversary Submissions In Response to Plaintiff's Request for Attorney Fees (Doc. # 62) and Supplemental Request for Adversary Submissions (Doc. # 70) are GRANTED to the extent that Defendants shall have **to and including May 10, 2011** within which to file adversary objections to Plaintiff's Request for Attorney Fees.

Defendants' Requests (Doc. ## 62, 70) are DENIED to the extent that Defendants request Plaintiff to disclose her fee agreement.

In the Court's Order (Doc. # 74), Doc. No. 71 was inadvertently listed as being addressed and granted. Doc. No. 71 (Defendants' Amended Motion for Stay of Execution Pending Appeal) was neither granted nor denied, and will be addressed by separate order.

DATED: May   11  , 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge