**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00623-CMA-CBS

ROXZANA SANTACRUZ,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC, and
GTF SERVICES, LLC,

    Defendants.

---

**ORDER DENYING DEFENDANTS' AMENDED MOTION FOR STAY OF EXECUTION**

---

    This matter is before the Court on Defendants' Amended Motion for Stay of Execution Pending Appeal (Doc. # 71). Federal Rule of Civil Procedure 62(d) provides that an appellant may obtain a stay by supersedeas bond if an appeal is taken. The Rule further provides that "[t]he stay takes effect when the court approves the bond." Although the parties have apparently agreed to a bond amount of $100,000, no bond has been filed with this Court. The Court cannot approve a bond that does not yet exist. In the event that such a bond is filed, the Court will approve it. Accordingly, the Court DENIES Defendants' Motion (Doc. # 71) because Defendants have not yet posted a bond for the Court to approve.

    DATED: May __11__, 2011

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge