**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00623-CMA-CBS

ROXZANA SANTACRUZ,

    Plaintiff,

v.

STANDLEY AND ASSOCIATES, LLC, and
GTF SERVICES, LLC,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR STAY
OF EXECUTION PENDING APPEAL PURSUANT TO FED. R. CIV. P. 62(d)**

---

    This matter is before the Court on Defendants Standley and Associates, LLC and GTF Services, LLC, Second Motion to Stay Execution (Doc. # 84).  The Court entered an Order on May 11, 2011, denying the Defendants' Amended Motion for Stay, because no bond had been posted.  In the meantime, Defendants have posted a $100,000 Supersedeas Bond.  In addition, the Court has read the reasons for seeking a bond and incorporates those reasons in this Order.

    Therefore, based on the bond posted and the request for Stay, the Court will GRANT a stay of execution, effectively immediately.  Any garnishees are hereby released from any garnishments served and Plaintiff's Notice to Garnishee (Doc. # 81) is DENIED.

    DATED:  May __18__, 2011

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge